## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Seneca Resources Corporation,  :
                Appellant  :
                   :
        v.  :        No. 136 C.D. 2020
                   :
City of St. Marys Zoning Hearing Board  :

**PER CURIAM**               **O R D E R**

NOW, January 6, 2022, having considered Appellant's application for reconsideration/reargument, the application is denied.